IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00639-WDM-BNB

WILLIAM BRENNAN,

Plaintiff,

v.

THE DENVER ELECTION COMMISSION,
THE CITY AND COUNTY OF DENVER,
ALTON DILLARD, as acting Executive Director, and
MATT CRANE as acting Operations Manager,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Clarify or for Such Other Appropriate Relief Concerning the June 16, 2006 Attempted "Discharge" of Plaintiff William Brennan** [Doc. # 23, filed 6/29/2006] (the "Motion"). I raised the issue of the Motion during the scheduling conference this morning and heard arguments of counsel. At the scheduling conference I also made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED that the hearing set for **August 8, 2006, at 3:30 p.m.**, is VACATED.

Dated July 13, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge