IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00639-WDM-BNB

WILLIAM BRENNAN,

Plaintiff,

v.

THE DENVER ELECTION COMMISSION,
THE CITY AND COUNTY OF DENVER,
ALTON DILLARD, as acting Executive Director, and
MATT CRANE as acting Operations Manager,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED that the **Plaintiff's Motion for Withdrawal of Plaintiff's Motion for Order to Accelerate Preparation of the July 13, 2006 Transcript, Requested July 14, 2006** [Doc. # 35, filed 7/28/2006] is GRANTED.

IT IS FURTHER ORDERED that the **Plaintiff's Motion for Order to Accelerate Preparation of the July 13, 2006 Transcript, Requested July 14, 2006** [Doc. # 32, filed 7/25/2006] is DENIED as withdrawn.

DATED:  July 31, 2006