IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00639-WDM-BNB

WILLIAM BRENNAN,

Plaintiff,

v.

THE DENVER ELECTION COMMISSION,
THE CITY AND COUNTY OF DENVER,
ALTON DILLARD, as acting Executive Director, and
MATT CRANE as acting Operations Manager,

Defendants.

_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Leave to File Plaintiff's Second Amended and Supplemental Complaint, Pursuant to Rule 15(a) and the Scheduling Order** [Doc. # 44, filed 8/18/2006] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED to allow the filing of the Second Amended and Supplemental Complaint except respect to the Sixth Claim for Relief alleging a hostile work environment.

IT IS FURTHER ORDERED that the Motion is DENIED AS WITHDRAWN with respect to the Sixth Claim for Relief.

IT IS FURTHER ORDERED that the defendants shall respond to the Second Amended and Supplemental Complaint, except for the Sixth Claim for Relief, within ten days.

Dated September 15, 2006.

                                                        BY THE COURT:

                                                        s/ Boyd N. Boland
                                                        United States Magistrate Judge