IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00639-WDM-BNB

WILLIAM BRENNAN,

     Plaintiff,

v.

THE DENVER ELECTION COMMISSION; et al.,

     Defendants.

## NOTICE OF DISMISSAL

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on December 13, 2006.

                              BY THE COURT:

                              s/ Walker D. Miller
                              United States District Judge